# LEVINE & ASSOCIATES, P.C.

## ATTORNEYS-AT-LAW

15 Barclay Road
Scarsdale, New York 10583-2707
e-mail: ml@LevLaw.org
Fax (914) 725-4778
Telephone (914) 600-4288

December 17, 2019

<u>Via ECF</u>

Hon. Paul E. Davison
U.S. Magistrate-Judge, S.D.N.Y.
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

### *RE: U.S. v. Landau (19 M 10886)*

Dear Magistrate-Judge Davison:

The undersigned is counsel to Defendant Alter Landau in the above-referenced matter. My client is presently released on an Appearance Bond which restricts his travel to the Southern and Eastern Districts of New York. My client owns property in Ulster County (which is in the Northern District of New York), and it has become necessary for him to travel there periodically for business purposes as a result. I have spoken to A.U.S.A. Mathew Andrews, who has graciously consented to expand Mr. Landau's travel restriction to permit him to travel to the Western District of New York, subject to the Court's approval. As such, I respectfully request, on behalf of Defendant Alter Landau, that his scope of permissible travel be expanded to include the Northern District of New York.

Thank you for your attention.

Respectfully,

MICHAEL LEVINE

cc. A.U.S.A. Mathew Andrews (via ECF)